AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br><br>CILA MELGAR RODRIGUEZ<br><br>*Defendant* | ) Case: 1:23-cr-00302<br>) Assigned to: Judge Bates, John D.<br>) Assign Date: 11/29/2023<br>) Description: SUPERSEDING INDICTMENT (B)<br>) Related Case No: 23-cr-00302 (JDB)<br>) |
|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CILA MELGAR RODRIGUEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846, § 841(a)(1), § 841(b)(1)(B)(ii), and § 841(b)(1)(C) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FIVE HUNDRED GRAMS OR MORE OF COCAINE AND A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF FENTANYL;
18 USC § 924(c)(1)(A)(i) - USING, CARRYING, AND POSSESSING A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE;
FORFEITURE: 21 USC § 853(a) and (p); 18 USC § 924(d); and 28 USC § 2461(c)

2023.11.29
17:00:18 -05'00'

Date:     11/29/2023

*Issuing officer's signature*

City and state:     WASHINGTON, DC     MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/29/23, and the person was arrested on *(date)* 11/30/23
at *(city and state)* WASHINGTON DC

Date: 11/30/23

*Arresting officer's signature*

JEFFREY MARTIN DUSH
*Printed name and title*